**WESTMORELAND COAL COMPANY, INCORPORATED, Petitioner,**

v.

**Johnny FORTNER; Director, Office of Workers' Compensation Programs, United States Department of Labor, Respondents.**

No. 15-2491

United States Court of Appeals, Fourth Circuit.

Submitted: November 30, 2016

Decided: December 21, 2016

Paul E. Frampton, Michael J. Schessler, Bowles Rice LLP, Charleston, West Virginia, for Petitioner. Joseph E. Wolfe, Wolfe Williams & Reynolds, Norton, Virginia; M. Patricia Smith, Solicitor of Labor, Rae Ellen James, Associate Solicitor, Gary K. Stearman, Counsel for Appellate Litigation, Rita A. Roppolo, United States Department of Labor, Washington, D.C., for Respondents.

Before MOTZ, KEENAN, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Westmoreland Coal Company seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's award of black lung benefits on a subsequent claim filed by Johnny Fortner pursuant to 30 U.S.C. §§ 901-944 (2012). Our review of the record discloses

that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we deny the petition for review for the reasons stated by the Board. <u>Westmoreland Coal Co. v. Fortner</u>, No. 14-0412 BLA (B.R.B. Sept. 30, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED